UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:14-00103 |
| | ) | JUDGE SHARP |
| | ) | |
| MARTIN LEON-SANTOYO | ) | |

## MOTION FOR LEAVE TO FILE EXHIBIT MANUALLY

Martin Leon-Santoyo, through counsel, moves this Court for leave to manually file an exhibit in support of his Motion to Suppress, a CD containing recordings of audio of an interview at RCSO and a Dash-Camera Video provided by the government as part of discovery.

Respectfully submitted,

/s/ *Michael C. Holley*
MICHAEL C. HOLLEY (BPR# 021885)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: michael_holley@fd.org

Attorney for Martin Leon-Santoyo

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2014, I electronically filed the foregoing Motion for Leave to File Exhibits Manually with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: **Mr. Brent Adams Hannafan**, Assistant United States Attorney, 110 9th Avenue South, Suite A961, Nashville, TN 37203.

/s/ *Michael C. Holley*
MICHAEL C. HOLLEY