UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | No.   3:14-00103 |
| v. | ) | |
| | ) | Judge Sharp |
| MARTIN LEON-SANTOYO | ) | |

**MOTION FOR EXTENSION OF TIME TO RESPOND**

The United States of America, by and through David Rivera, United States Attorney for the Middle District of Tennessee, and Brent A. Hannafan, Assistant United States Attorney, hereby respectfully requests an extension of time to respond to the defendant's Motion to Suppress (hereinafter "the Motion") (Docket No. 19).

By order dated August 27, 2014, this Court continued the trial until December 2, 2014, scheduled a hearing on the Motion for September 29, 2014, and, pursuant to the parties' agreement, ordered the United States' Response due on September 15, 2014.

Due to the complexity of the issues in the Motion and the undersigned's professional obligations, the United States respectfully requests that it be permitted to file its Response no later than Wednesday, September 17, 2014.   Counsel for the defendant, Michael Holley, has advised the undersigned that the defendant has no objection to the requested two-day extension.

WHEREFORE, the United States respectfully requests that this Court grant an extension of time for the United States to file its response to the Motion - until on or before September 17, 2014.