UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 3:14-00103 |
| ) | JUDGE SHARP |
| MARTIN LEON-SANTOYO ) | |

**O R D E R**

Due to a calendar conflict, the hearing on the Motion to Suppress Evidence (Docket No. 19) scheduled for October 16, 2014, is hereby rescheduled for Wednesday, October 15, 2014, at 2:30 p.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE