UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:14-00103 |
| | ) | JUDGE SHARP |
| | ) | |
| MARTIN LEON-SANTOYO | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, Defendant Martin Leon-Santoyo's Motion to Suppress (Docket No. 19) is hereby GRANTED. The (1) statements Defendant made after he was given his <u>Miranda</u> warnings at the Rutherford County Sheriff's Department on June 4, 2014; and (2) the methamphetamine that was found inside the picture frames he was carrying that date are hereby SUPPRESSED and will not be admitted at trial. The Government's Motion to Strike Portions of Exhibit 1 (Docket No. 29) is hereby DENIED AS MOOT.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE